No. 72–6605. WALTER, AKA WALTERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–6610. DAUGHERTY ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–6614. ROZEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–6615. ALBERT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6616. POWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6617. VASQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6620. LAWRENCE v. STONE, INSTITUTION SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 72–6621. KALLEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6624. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6626. ODOM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–6627. RAMOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6631. COLEY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 72–6632. DAVIS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.